## GRAHAM v. THE STATE.

SIMMONS, C. J.   The evidence was sufficient to authorize the verdict, and there was no abuse of discretion in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concur.*

Submitted June 21, — Decided July 12, 1904.

Indictment for gaming.     Before Judge Freeman.     City court of Newnan.     May 9, 1904.

*A. H. Freeman,* for plaintiff in error.
*W. G. Post, solicitor,* contra.